1

2

3

4  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
5  AT SEATTLE

6  BESHIR M. ABUZAGAIA,

7  Plaintiff,

8  v.                                          C17-563 TSZ

9  NANCY A. BERRYHILL, Acting                   ORDER
   Commissioner of Social Security,
10
   Defendant.
11

12     THIS MATTER comes before the Court on the Report and Recommendation

13 ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, docket

14 no. 15. Having carefully reviewed the R&R, plaintiff's objections thereto, docket no. 16,

15 defendant's response, docket no. 17, to plaintiff's objections, and the underlying decision

16 of Administrative Law Judge Kimberly Boyce, AR 37-46 (docket no. 10-2), the Court

17 ORDERS as follows:

18     (1)     The R&R is ADOPTED; plaintiff's objections merely repeat the arguments

19 made in the opening and reply briefs, docket nos. 12 and 14, which are fully addressed in

20 the R&R;

21     (2)     The final decision of the Commissioner, denying supplemental security

22 income benefits, is AFFIRMED; and

23

1  (3)  The Clerk is directed to enter judgment accordingly and to send a copy of

2  this Order and the judgment to all counsel of record and to Magistrate Judge Fricke.

3  IT IS SO ORDERED.

4  Dated this 19th day of March, 2018.

Thomas S. Zilly
United States District Judge